IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-05-346 (2) |
| | § | C.A. No. C-08-90 |
| STEVE ALLEN LOPEZ, | § | |
| Defendant/Movant. | § | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On March 21, 2008, the Clerk received Movant Steve Allen Lopez's ("Lopez") motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255, which was filed pro se. (D.E. 533.) On March 25, 2008, Lopez's retained counsel in the underlying criminal proceedings, Douglas Tinker, filed a "Motion to Withdraw" as Lopez's counsel, now pending before the Court. (D.E. 535.) Tinker is not counsel of record for Lopez in his § 2255 proceedings, as they were filed pro se. Nonetheless, to the extent the motion Tinker seeks withdrawal so as not to be noticed on § 2255 filings, the motion is GRANTED. Tinker has no further obligation to represent Lopez in this matter and the Clerk is directed to change the docket to reflect that Tinker's representation of Lopez has been terminated.

It is so ORDERED this 27th day of March, 2008.

_____
Janis Graham Jack
United States District Judge

1