IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-05-346 (2) |
| | § | C.A. No. C-08-90 |
| STEVE ALLEN LOPEZ, | § | |
| Defendant/Movant. | § | |

**FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

The Court enters final judgment dismissing without prejudice defendant Steve Allen Lopez's motion pursuant to 28 U.S.C. § 2255.

ORDERED this 30th day of September, 2008.

_____
Janis Graham Jack
United States District Judge